NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 16-343

GEORGE RAYMOND WILLIAMS, M.D., ET AL.

VERSUS

SIF CONSULTANTS OF LOUISIANA, INC., ET AL.,

**********

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 09-C-5244-C
HONORABLE ALONZO HARRIS, DISTRICT JUDGE

**********

BILLY H. EZELL

JUDGE

**********

Court composed of Billy H. Ezell, Shannon J. Gremillion and Phyllis M. Keaty, Judges.

MOTION TO LIFT STAY AND RESET BRIEFING DEADLINE DENIED AS MOOT.

Randall Kurt Theunissen
Michael Edward Parker
Allen & Gooch
Post Office Box 81129
Lafayette, LA 70598-1129
(337) 291-1000
COUNSEL FOR DEFENDANT/APPELLANT:
    Homeland Ins. Co. of New York

**Martin A. Stern**
**Edward Paige Sensenbrenner**
**Raymond Peter Ward**
**Adams & Reese, LLP**
**701 Poydras Street, Suite 4500**
**New Orleans, LA 70139**
**(504) 581-3234**
**COUNSEL FOR DEFENDANT/APPELLANT:**
        **Homeland Ins. Co. of New York**


**Michael J. Rosen**
**Peter F. Lovato, III**
**Skarzynksi Black, LLP**
**205 North Michigan Ave., Suite 2600**
**Chicago, IL 60601**
**(312) 946-4200**
**COUNSEL FOR DEFENDANT/APPELLANT:**
        **Homeland Ins. Co. of New York**


**John Stanton Bradford**
**William Boyce Monk**
**Stockwell, Sievert, Viccellio, Clements & Shaddock, LLP**
**Post Office Box 2900**
**Lake Charles, LA 70602**
**(337) 436-9491**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
        **George Raymond Williams, M.D.,**
        **Orthopaedic Surgery, A Professional Medical LLC**


**Patrick Craig Morrow, Sr.**
**James P. Ryan**
**Morrow, Morrow, Ryan & Bassett**
**Post Office Box 1787**
**Opelousas, LA 70570**
**(337) 948-4483**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
        **George Raymond Williams, M.D.,**
        **Orthopaedic Surgery, A Professional Medical LLC**

**Stephen Barnett Murray**
**Stephen Barnett Murray, Jr.**
**Arthur M. Murray**
**Nicole A. Murray-Ieyoub**
**Murray Law Firm**
**650 Poydras Street, Suite 2150**
**New Orleans, LA 70130**
**(504) 525-8100**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
  **George Raymond Williams, M.D.,**
  **Orthopaedic Surgery, A Professional Medical LLC**

**Thomas Allen Filo**
**Michael Kevin Cox**
**Cox, Cox, Filo, Camel & Wilson, LLC**
**723 Broad Street**
**Lake Charles, LA 70601**
**(337) 436-6611**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
  **George Raymond Williams, M.D.,**
  **Orthopaedic Surgery, A Professional Medical LLC**

**Charles Thach Curtis, Jr.**
**Gerard George Metzger**
**829 Baronne Street**
**New Orleans, LA 70113**
**(504) 581-9322**
**COUNSEL FOR DEFENDANT/APPELLEE:**
  **Med-Comp USA, Inc.**

**Patrick A. Juneau, Jr.**
**The Juneau Firm**
**Post Office Drawer 51268**
**Lafayette, LA 70505-1268**
**(337) 269-0052**
  **Patrick Juneau, Special Master**

**Larry Lane Roy**
**Brown Sims**
**600 Jefferson Street, Suite 800**
**Lafayette, LA 70501**
**(337) 484-1240**
**COUNSEL FOR DEFENDANT/APPELLEE:**
  **Bestcomp, Inc.**

**Janice Bertucci Unland**
**Rabalais, Unland**
**1404 Greengate Drive, #110**
**Covington, LA 70433-5272**
**(985) 893-9900**
**COUNSEL FOR DEFENDANT/APPELLEE:**
 **Risk Management Services**


**Daniel J. Layden**
**Ronald P. Schiller**
**Hangley, Aronchick, Segal**
**One Logan Square, 27th Floor**
**Philadelphia, PA 19103**
**COUNSEL FOR DEFENDANT/APPELLEE:**
 **Risk Management Services**


**Steven William Usdin**
**Barrasso, Usdin, Kupperman, Freeman & Sarver**
**909 Poydras Street, #2400**
**New Orleans, LA 70112**
**(504) 589-9700**
**COUNSEL FOR DEFENDANT/APPELLEE:**
 **Executive Risk Specialty Ins. Co.**


**Cynthia J. Thomas**
**Galloway, Johnson, Thompkins, Burr and Smith**
**3 Sanctuary Boulevard, Suite 301**
**Mandeville, LA 70471**
**(985) 674-6710**
**COUNSEL FOR DEFENDANT/APPELLEE:**
 **SIF Consultants of Louisiana, Inc.**


**John Mark Fezio**
**Stone, Pigman**
**546 Carondelet Street**
**New Orleans, LA 70130**
**(504) 581-3200**
**COUNSEL FOR DEFENDANT/APPELLEE:**
 **Cor Vel Corp.**

**EZELL, Judge.**

On July 1, 2016, the appellee, George Raymond Williams, M.D., Orthopaedic Surgery, a Professional Medical, L.L.C., the appointed class representative in this matter, filed a Motion to Lift Stay and Reset Briefing Deadline. For the reasons which follow, we deny the motion.

The instant matter arises out of a settlement agreement in a class action lawsuit involving claims of improper medical billing practices in workers' compensation cases. On December 21, 2015, the appellee filed a Motion for Summary Judgment against the appellant, Homeland Insurance Company of New York, for the full amount if its policy limits. The motion was granted on February 5, 2016, and the appellant was ordered to pay $10,000,000, together with legal interest thereon, in favor of the appellee.

The appellant filed a timely motion to appeal the judgment, and appellant was granted a suspensive appeal on March 21, 2016. The appeal was lodged in this court on May 2, 2016, and the appellant was ordered to file its brief by May 27, 2016. The appellant subsequently moved for an extension of the briefing delays to June 10, 2016, which was granted on May 13, 2016.

On May 25, 2016, the appellant filed a motion to suspend briefing delays on the ground that certain documents were omitted from the record and the parties were unable to adequately write briefs without the missing pleadings and exhibits. The appellant indicated that it had concurrently filed a motion in the lower court to supplement the record with the missing pleadings and exhibits. The motion was granted, and the briefing delays were suspended pending supplementation of the record.

On July 1, 2016, the appellee filed in this court a Motion to Lift Stay and Reset Briefing Deadline, asserting therein that the appellant neglected to inform this court that the pleadings and exhibits with which the appellant wished to supplement the record were never filed in the lower court due to its failure to pay the filing fees associated with the pleadings and exhibits totaling $7,910.43. The supplemental record, however, was received in this court on July 26, 2016. Accordingly, we hereby deny the appellee's Motion to Lift Stay and Reset Briefing Deadline as moot.

**MOTION TO LIFT STAY AND RESET BRIEFING DEADLINE DENIED AS MOOT.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Rule 2-16.3 Uniform Rules, Court of Appeal.